UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Vera McCoy, Esq.**
VMC Enterprises, LLC
1134 So. Black Horse Pike
#103
Blackwood, NJ 08012
(856) 435-3360
vmbankruptcy@yahoo.com
Attorney for Debtor(s)

In Re:

Henry R. Melzi

Case No.:   18-22422
Chapter:    7
Judge:      MB Kaplan

## APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS

I, Vera McCoy, am the attorney for the debtor in this case and submit this application in support of my request to extend the time within which I must file the balance of debtor's schedules. I am fully familiar with this case, and certify as follows:

1. I filed debtor's bankruptcy on: June 20, 2018.

2. When I filed the petition, I did not file all the documents required to be filed under chapter 7 of the Bankruptcy Code.

3. As a result of my failure to file a complete petition, the court issued a Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. According to the Notice, I must file the balance of my schedules by July 5, 2018.

4. I ☐ have, ☐X have not previously sought to extend the time within which the balance of my schedules must be filed.

    5. I am unable to file the balance of my schedules by the above date because: <u>I have not received all the documents and information that I need from my client to complete the filing</u>.

    I certify under penalty of perjury that the foregoing statements are true.

Date: <u>07/05/2018</u>                      <u>/s/Vera McCoy, Esq.</u>
                                                Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Vera McCoy, Esq.**
VMC Enterprises, LLC
1134 So. Black Horse Pike
#103
Blackwood, NJ 08012
(856) 435-3360
vmbankruptcy@yahoo.com
Attorney for Debtor(s)

In Re:

Henry R. Melzi

Case No.: 18-22422
Chapter: 7
Judge: MB Kaplan

# ORDER CONCERNING APPLICATION TO EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☐ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than _____. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.