UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Henry Robert Melzi

| | |
|---|---|
| Case Number: | 18-22422 |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |
| Chapter: | 7 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to _____7/19/2018_____.

☐ Denied.

*Rev. 7/1/04; jml*